*Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 652. EDGERTON *v.* KINGSLAND, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia. Certiorari denied. *David Rines* and *Frank W. Dahn* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Alvin O. West* and *W. W. Cochran* for respondent.

No. 653. RUSSELL BOX Co. *v.* GRANT PAPER BOX Co. C. C. A. 1st. Certiorari denied. *Herbert A. Baker* for petitioner. *William H. Parmelee* and *Hector M. Holmes* for respondent.

No. 654. NATIONAL NUGRAPE Co. *v.* GUEST, DOING BUSINESS AS TOT BEVERAGE Co. AND TRUEGRAPE Co. C. C. A. 10th. Certiorari denied. *Ernest P. Rogers* for petitioner. *F. M. Dudley* for respondent.

No. 656. BLOOM ET AL. *v.* RYAN. Supreme Court of Montana. Certiorari denied. *S. P. Wilson* for petitioners. *Walter L. Pope* for respondent.

No. 658. CANISTER COMPANY *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 3d. Certiorari denied. *Weston Vernon, Jr.* and *Clarence E. Dawson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, Lee A. Jackson* and *L. W. Post* for respondent.

No. 659. BERNARD G. BRENNAN Co. *v.* UNITED STATES. C. C. A. 7th. Certiorari denied. *William R. Brown* for

petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, A. F. Prescott* and *Fred E. Youngman* for the United States.

No. 662. HERREN *v.* FARM SECURITY ADMINISTRATION, DEPARTMENT OF AGRICULTURE. C. C. A. 8th. Certiorari denied. *DuVal L. Purkins* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Harry I. Rand* and *Melvin Richter* for respondent.

No. 664. ANDREW J. MCPARTLAND, INC. *v.* MONTGOMERY WARD & CO., INC. United States Court of Customs and Patent Appeals. Certiorari denied. *Emmet L. Holbrook* for petitioner. *Stuart S. Ball* for respondent.

No. 665. SCHUCKMAN *v.* RUBENSTEIN ET AL. C. C. A. 6th. Certiorari denied. *Maurice J. Dix* for petitioner. *William B. Cockley* and *J. Malcolm Strelitz* for respondents.

No. 668. RICE ET AL. *v.* ELMORE. C. C. A. 4th. Certiorari denied. *Christie Benet, Irvine F. Belser, Charles B. Elliott* and *William P. Baskin* for petitioners. *Thurgood Marshall, William R. Ming, Jr.* and *Marian W. Perry* for respondent.

No. 669. GOLLIN ET AL. *v.* UNITED STATES. C. C. A. 3d. Certiorari denied. *Frederic M. P. Pearse* and *Harold Simandl* for petitioners. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Josephine H. Klein* for the United States.